

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TORRENCE LINDSEY-BYNUM | Case No. 1:25-cr-00440<br>Judge Sara L. Ellis<br>Magistrate Judge Maria Valdez<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL APRIL 2024 GRAND JURY charges:

At a time between on or about November 28, 2024, until on or about April 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

TORRENCE LINDSEY-BYNUM,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock 19 Gen 5 9 mm handgun bearing serial number CBNR542, with an attached Glock Conversion Device, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Glock 19 Gen 5 9 mm handgun bearing serial number CBNR542, with an attached Glock Conversion Device, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY